Case 4:23-cv-00127   Document 1   Filed on 01/06/23 in TXSD   Page 1 of 10

United States Courts Southern
District of Texas
FILED
*January 6, 2023*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS-HOUSTON DIVISION

**Plaintiff:**

Kent Vu Phan

v.

**Defendant:**

American Family Insurance Company

**Case No.** _____

## COMPLAINT AND JURY DEMAND

### I- JURISDICTION AND VENUE

- 28 U.S.C. 1332 Diversity of Citizenship; Amount in controversy; cost (a) (1)

- 28 U.S.C. 1391 Venue Generally.

- Pursuant to Equality Act 2010, PAIMI, 42 U.S.C. 10801 plaintiff is Vulnerable

- C.R.S. 13-81-103

- C.R.S. 13-21-102 and 102.5

- C.R.S. 10-3-1115 and 1116

- C.R.S. 10-4-1009

### II- PARTIES

**Plaintiff:** Kent Vu Phan

2143 Shiveley Circle Houston Texas 77032

**Defendant:** American Family Insurance Company

6000 American Parkway Madison, WI 53783

## III-   HISTORY OF TREATMENT

1- Aim High Chiropractic

   50 S Federal Blvd Denver, CO 80219-2044

2- Mile High Neurology

   9399 Crown Crest Blvd, Ste: 422 Parker, CO 80138

3- University Health of Colorado (UCH)

   13199 Eat Montview Blvd Aurora, CO 80045-7202

4- Bone & Joint Center

   14111 E Alameda Avenue, Ste: 200 Aurora, CO 80012-2509

5- Kaiser Permanente

   14701 E Exposition Ave Denver, CO 80012

6- Mountain Spine, Dr. Brian Fuller

   2372 Central Park Blvd, Ste: 303 Denver, CO 80238

7- Butler Family Health Center

   6500 S Quebec Street Ste: 100 Englewood, CO 80111

8- Family Premier Medicine

   2283 S Monaco Pkwy, Ste: 105 Denver, CO 80222

9- Spine One Surgery
   8500  Meadows Drive Lone Tree, CO 80124

10- Aurora Medical Center

   1501 S Potomac Street Aurora, CO 80012

11- Aurora Mental Health

   791 Chamber Rd Aurora, CO 80011

    1646 Emira Street Aurora, CO 80010

12- Allpria Pain Management

    1400 S Potomac Street Ste: 105 Aurora, CO 80012

13- Iora Primary Care

    12266 Farm to Market 1960 Rd W Houston TX 77065

    **Currently treatment by:**

14- Advocate Intervention Pai Management

    Dr. Allen Dorsett

    9539 Huffmeister Rd Houston TX 77095

15- Cy-Pain & Spine, PLLC

    Dr. Brian Bruel

    9717 Jones Rd, Ste:100 Houston TX 77065

16- Pacificah Nyangua, PMHNP-BC

    Texas Health and Behavior

    25301 Borough Park Drive Spring Texas 77380

17- UT Physicians

    550 Greens Parkway Suite: 150

    Houston, TX 77067

## IV-    HISTORY OF EXAMINATION

1-MRI of Thoracic and Lumbar on 02/17/2022

2-MRI of Thoracic and Lumbar on 01/21/2021.

3-X-Ray Abdomen on 04/05/2021.

4-X-Ray Abdomen and pelvis on 11/13/2020.

5-MRI Thoracic on 10/06/2020.

6-X-Ray Abdomen on 04/05/2020.

7-X-Ray Thoracic on 08/07/2020.

8-MRI Thoracic on 02/13/2020.

9-MRI Thoracic on 03/12/2020.

10-MRI Lumbar on 11/22/2019.

11-MRI Cervical on 10/08/2019

12-X-Ray Lumbar on 05/30/2019

13-MRI Lumbar on 09/20/2019.

14-Neuro Scan on 08/19/2019.

15-X-Ray Cervical on 06/14/2018.

16-X-Ray L Spine 05/01/2018

17-MRI Thoracic on 04/09/2018.

18-MRI Shoulder on 10/25/2017.

19-X-Ray T-Spine 09/21/2017.

20-MRI Thoracic on 11/06/2017.

21-MRI Lumbar and Cervical on 02/01/2017.

22-MRI- Cervical Lumbar on 02/01/2017.

23- MRI Thoracic and Lumbar 02/12/2016

24-X-Ray L Spine on 03/15/2016.

25-MRI Cervical, Thoracic, Lumbar on 06/09/2015

26-MRI Cervical Lumbar, Thoracic on 01/23/2014

27-MRI Right Shoulder on 02/05/2013

28- MRI on Right shoulder and Thoracic on 05/13/2022

## V- HISTORY OF LAWSUITS FOR AMERICAN FAMILTY INSURANCE ON WHICH RELATED TO INJURED FROM ACCIDENT ON 04/21/2012 with Claim#161904018

In the past, at the Colorado Courts; Arapahoe District Court, Colorado Court of Appeals, Colorado Supreme Court, U.S. D. C. for the District Colorado, and the Tenth Circuit Court. Case 2015CV493, Casec2016CA962 Appeal, Case 2016-cv-00196 Appeal Case 17-1187 at 10th Circuit Court.

For each complaint, plaintiff had demanded for Jury Trial basic on injuries evidences as well as history of treatment, but Judges dismissed complaints by reason of plaintiff's complaints were filed under In Forma Pauperis any time without hearing or trial. This was injustice, but because plaintiff is Asian; therefore, no any judicial official willing protected for plaintiff. The cases have been filed at Colorado Courts are: 2017-cv-00196 LTB; Appeal at 10th Circuit Court 17-1187. 2018CV28, Appeal 2018CA975, 2018SC533, 2019CV280, Appeal 2020CA1734. This case was Dismissed on November 2021 at Colorado Court of Appeals. From beginning of lawsuits, plaintiff has studied and applied State Laws and Federal Laws very concise and corrected. The Federal statutes such as Bivens Action, 42 U.S.C. 1981, 1983. 1986 and 1986. 28 U.S.C. 1367, ADA, PAIMI, Equality Act 2010, 42 U.S.C. 10801 C.R.S. 13-81-103 Limitations for Individual with Disabilities, C.R.S. 10-3-1115 and 1116. C.R.S. 10-4-1009 Duty of Insurance be continue. Bivens Action, 14th Amendment, 7th Amendment; Plaintiff has significantly evidences of injuries from accidence

on 04/21/2012 on which proved for violation of American Family Insurance Company, State Judges, Federal Judges; although the statues were correctly applied to cases, but Judges intentionally denied the allegations for defendants although defendants who were the actor and conducted injured to plaintiff. Plaintiff had filed these cases in many times, and plaintiff is still suffering injuries from 04/2012 to present. All records and complaints for these cases are still existing, and plaintiff is still injury and continuing treatment since 04/2012 to present. Plaintiff medical condition will never recovery; and plaintiff must suffer permanently disable till the rest of plaintiff's life.

### V-   CURRENTLY MEDICAL and HEALTHY CONDITION

As consequence from injures through spine, neck, mid-back, and lower back; plaintiff has had suffering with tremendous amount of pain and distressful over 10 years. Plaintiff has difficulty with normal activities of daily living including sitting, standing, walking for long period of time. Plaintiff is unable to work at a computer as well as had difficulty reading and has blurry vision. Plaintiff has troubling falling asleep and generated a fatigue and depression every day; therefore, plaintiff is inability to perform a work at full capacity. The medical condition of plaintiff will never recovery, and plaintiff must live under condition of permanently disabilities till the rest of life.

– Plaintiff's right shoulder muscle tear: since 2012 to present without treatment; probably under control by State Farm Insurance and American Family Insurance; doctor Khoi Duy Pham and doctor John Splittler at Colorado University Hospital by any way must concealed the injured at right shoulder. Plaintiff is right brain; therefore, in daily activities very limited included bathing, clean house, cooking, dressing and take-off, even if bring or lifting a light object; the pain is generated and barred the actions.

– Plaintiff's mid-back pain is radiated to front belly, and feeling of nausea: on 2012 plaintiff had requested to Dr. Khoi Duy Pham for mid-back pain and this pain was radiated to front belly and generated a feeling nausea as well as affected appetite of plaintiff (plaintiff loss weight from 175lbs to 155 lbs) Dr. Khoi D. Pham intentionally deceit plaintiff by the saying: your belly is protected for your back when collision, and Dr. Khoi D. Pham intentionally lie to plaintiff that the pain was generated from arthritis; the fact that plaintiff has no arthritis on spine. Although plaintiff is not a medical expert, but plaintiff able to read and understand a MRI's images, and how is look like an arthritis on vertebrae. Doctor has prescription for Ondansetron Orally Disintegrating Tablets USP 4mg. This symptom had begun on 2012 to present without healing.

– The sciatic and L5-S1's disc was herniated and ruptured, and L-2, L3, L4 also herniated. Aftermath from surgery on thoracic; plaintiff dare not want to surgery again and must suffer a painful as well as inflicted by emotional distress. The surgery on thoracic was not an accidental, doctor of Aurora Medical Center intentionally cracked a vertebrae and surgery on T 10-T 11 is healthy disc, but plaintiff's disc was pry out by intend of doctor. This healthy disc was removed is cause of plaintiff' strength for ever.

- L1-L5- S1 Scarcia and both legs pain and tendon strain. Plaintiff has difficulty walking in long distance and limping and need a walking cane to assist, on 2016 PA Megahn DeVito of Metro Community Providers Network (new name is STRIDE) prescription for walking cane). Pain is disturbing plaintiff on both day time as well as night time; especially on bed-time. Over 10 years since accidence on which plaintiff must live in sorrowful, many times with complaint but, probably plaintiff is Asian; therefore, state Judges as well as federal Judges contemptuous on plaintiff's voice. Although plaintiff spent in 2 times of surgery at

cervical (C4-C7); at T 10-T11, but plaintiff is still suffering a painful at thoracic, lumbar, and sciatic affecting onto 2 legs and 2 feet. Plaintiff cannot walk in long distance even if with waking cane, standing in long time, and plaintiff cannot to cooking, plaintiff losing sleep caused by insomnia in daily, inflicted by emotional distress, poor concentration and bad memory.

## VII- CURRENTLY MEDICATION:

**1- Physical pain medicines:** Oxycodone doctor increased dose to10/325 mg, Ibuprofen 800mg, Gabapentin 600mg, Diclofenac Sodium 75mg, Cyclobenzaprine 10mg. Steroid injection

**2- Psychiatric medications:** Seroquel 100mg, Risperidone 3mg, Mirtazapine 45mg, Prazosin 3mg, Amitriptyline HCL 100mg. These medicines plaintiff has taken from 1994 to 2009 and stopped because mental condition of plaintiff was recovery and Dr. Grace Wong of Asian Pacific Development Center stopped for using Risperidone 3mg, Remeron (Mirtazapine) 45mg, Seroquel 100mg. Aftermath from accident on 04/21/2012 conducted plaintiff injured; therefore, plaintiff must re-take these medicines up to present and may be in future too. Caused by injuries, most time of plaintiff is on bed, and only lie on bed and medication is the best way to mitigate the pain.

## VIII- MEDICAL EXPENSED:

| | |
|---|---|
| 1- Aim High Chiropractic | $17,301.34 |
| 2- Health Image at City Place | $3,203.00 |
| 3- Mile High Neurology | $1673.00 |
| 4- University Hospital of Colorado | $1859.01 |
| 5- University Physicians | $266.00, |
| 6 - Bone & Joint Center | $1600.00 |
| 7- Kaiser Permanente | $16,363.69 |
| 8- Saint Joseph Hospital | $3879.96 |
| 9- Butler Family Health Center | $ 4140.00 |
| 10- Medicines (up to 2018) | $37,404.90 |
| 11- Mountain Spine Dr. Brian Fuller | $41,179.81 |

12- Spine One                              $233,795.11

13- Mileage:  Plaintiff is continuing treatment

14- X-Ray                                  $445.33

15- Aurora mental Health                   $1273.95

16- Emergency on 03/03/2015                $15,991.65

17- Emergency on 09/04/2016                $8845.40

18- Touchstone MRI and X-Ray: Not collected yet

19- Aurora Medical Center:                 $370,592.13

20- Advocacy Pain Management; Dr. Allen Dorsett  $ Not collected yet

21- Cy-Pain Dr. Brian Bruel. Not collected yet; because still treatment.

22- CVS Pharmacy $ Not collected yet; because still treatment.

23- Walmart Pharmacy $ Not collected yet; because still treatment.

**TOTAL: $743,912.63** (Seven hundred forty-three thousand nine hundreds twelve dollars and sixty-three cents)

Based on the medical expensed, and suffering a sorrowful of plaintiff's life in over 10 years without of justice. Therefore, plaintiff is request for a relief corresponded to 10 years live in sorrowful on both physical pain and inflicted emotional distress on that American Family Insurance Company and its contributors supported for Insurances exerted a sorrowful on plaintiff. These injuries were generated by Ms. Shonnell Burch; was at-fault driver insured by American Family Insurance Company. Plaintiff demand an amount:

1- $743,912.63 x 5 times = $3,719,563.15 for physical injured.

2- $743,912.63 x 5 times = $3,719,563.15 for Infliction of Emotional Distress.

3- $743,912.63 x 2 = $1,487,825.26. For future loss.

**TOTAL FOR REQUEST FOR RELIEF: $8,926,951.56 (Eight million nine hundred twenty-six thousand and nine hundred fifty-one dollars and fifty-six cen8ts)**

In order to supporting the evidences; Plaintiff will file a Subpoena in shortly for request to copy all medical records of plaintiff had been cured by those providers above. Because mental disabilities, may have some factors could be missing due to plaintiff's bad memory and poor concentration.

WHEREFORE, Plaintiff has this petition to this Court is granting an order to proceeding a trial and enforce on defendant American Family Insurance Company must provide to plaintiff in compensation amount on which calculated above. Because in past ten years; State Farm Insurance and American Family Insurance Company intentionally coerced on plaintiff with maliciousness purposed instead of a duty of an insurances.

Dated: 01/05/2023                    Respectfully submitted,

                                     *Phanhe*

                                     Kent Vu Phan, Plaintiff
                                     2143 Shiveley Cir Houston Texas 77032
                                     Phone: (303) 875-5224
                                     Email: hvacademy@gmail.com